```
GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
California Bar No. 156679
     U.S. Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, CA 90012
     Telephone: (213)894-2589
     Facsimile: (213)894-7177
     E-mail: Pio.Kim@usdoj.gov
```

JS - 6

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $57,199.00 IN U.S. CURRENCY, ) <br> ) <br> Defendant. ) <br> ) | NO.  CV 09-05081-R (AJWx) <br><br> CONSENT JUDGMENT |

On July 14, 2009, plaintiff United States of America (the "government") filed the Complaint for Forfeiture in this action (the "Complaint"), seeking forfeiture of the defendant $57,199.00 in U.S. Currency pursuant to 21 U.S.C. § 881(a)(6).  Claimant Vinson Hall filed his Claim and Answer, denying the government's allegations in the Complaint and claiming that he was the rightful owner of the defendant.

The parties have agreed to settle this action and to avoid

further litigation by entering into this consent judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.  The Complaint states claims for relief pursuant to 21 U.S.C. § 881(a)(6).

3.  Notice of this action has been given as required by law. No appearance has been made in this action by any person other than claimant Vinson Hall, and the time to file claims and answers has expired. The Court deems that all other potential claimants admit the allegations of the Complaint to be true, and hereby enters default against all other potential claimants.

4.  The defendant $57,199.00 and any interest accrued on the defendant shall be forfeited to the United States, which shall dispose of the same according to law.

5.  Claimant hereby releases the United States of America, the State of California, all counties, municipalities and cities within the State of California, and any of foregoing's agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Immigration and Customs Enforcement, and any of foregoing's employees and agents, from any and all known or unknown claims, causes of action, rights and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf of the claimants, arising out of or related to this action or to the

seizure or possession of the defendant. Claimant represents and agrees that he has not assigned and is the rightful owners of such claims, causes of action and rights.

    6. The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: Jan. 19, 2010      _____
                                        UNITED STATES DISTRICT JUDGE

## CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: _____, 2010    GEORGE S. CARDONA
                                   Acting United States Attorney
                                   CHRISTINE C. EWELL
                                   Assistant United States Attorney
                                   Chief, Criminal Division
                                   STEVEN R. WELK
                                   Assistant United States Attorney
                                   Chief, Asset Forfeiture Section

                                   /s/ PIO S. KIM
                                   PIO S. KIM
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

DATED: _____, 2010    /s/ RONALD RICHARDS
                                   RONALD RICHARDS

                                   Attorney for Claimant
                                   Vinson Hall